**Loren REYNA, Plaintiff–Appellant**

v.

**Darin YOUNG, Warden, South Dakota State Penitentiary; Bob Dooley, Director of Prison Operations; Denny Kaemingk, Cabinet Secretary, Secre-**

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

**tary of Corrections; Department of Human Services Correctional Mental Health Care; Department of Health Correctional Healthcare; Lewis & Clark Behavioral Health Services, Defendants–Appellees.**

No. 14–2563.

United States Court of Appeals, Eighth Circuit.

Submitted: March 20, 2015.

Filed: March 25, 2015.

Loren Reyna, argued, Sioux Falls, SD, pro se.

Paige W. Bock, Attorney General's Office, Sioux Falls, SD, Frank E. Geaghan, Attorney General's Office, argued, Pierre, SD, for Defendants–Appellees.

Before BYE, COLLOTON and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate Loren Reyna appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We conclude that the district court did not abuse its discretion in denying Reyna's motion for default judgment, *see Comiskey v. JFTJ Corp.*, 989 F.2d 1007, 1009 (8th Cir.1993); and that there is no basis for overturning the district court's well-reasoned determination that summary judg-

1. The Honorable Roberto A. Lange, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota, now retired.

ment was warranted, *see Schoelch v. Mitchell,* 625 F.3d 1041, 1045–46 (8th Cir. 2010) (de novo review). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.